[No. 16056–7–I.   Division One.   June 15, 1987.]

DEAN W. JOHNSON, *Appellant*, v. KRISTAN DENVER
COMBS, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 83–2–03389–6, Anne L. Ellington, J., entered
January 18, 1985. *Reversed* by unpublished opinion per

Dore, J. Pro Tem., concurred in by Forrest and Horowitz, JJ. Pro Tem.